U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 1 1 2013

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| WILLIE D. BABER<br>LA. DOC #523832<br>VS. | CIVIL ACTION NO. 3:12-cv-2611<br><br>SECTION P<br><br>JUDGE ELIZABETH E. FOOTE |
| FIRST JUDICIAL DISTRICT<br>COURT, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *mandamus* be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

**The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.**

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 11th day of March, 2013.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE